Carl Edward Hoffman
1519 Madrid Dr.
Vista, CA. 92081
(760) 420-0226
4ed.hoffman@gmail.com

PLAINTIFF IN PRO PER

FILED
2008 AUG 29 PM 4: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CARL EDWARD HOFFMAN, an individual )   Case No.: '08 CV 1597 JM NLS
                                    )
            Plaintiff,              )
                                    )
    vs.                             )   **NOTICE OF RELATED CASE**
                                    )
Impact Confections, Inc., a Colorado )
                                    )
Corporation; and DOES 1 through 100, )
                                    )
inclusive                           )
                                    )
            Defendant               )

**NOTICE IS HEREBY GIVEN** that the above referenced case is related to Case No. 06 CV 0489 BTM (NLS), Hoffman v. Impact Confections, Inc., filed on March 6, 2006, currently pending in the United States District Court Southern District of California.

Case No. 06 CV 0489 BTM (NLS) is related to the above referenced case as it involves the same parties and is based on the same or similar claims. Both cases arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

Dated: August 29, 2008

_____
Carl Edward Hoffman
Plaintiff in Pro Per

[Notice of Related Case] - 1